USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/12/2014



Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: +212 710 3900
Facsimile: +212 710 3950

www.clydeco.us

June 11, 2014

**BY ECF**
Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DHL Global Forwarding Mgmt. Latin America, Inc., et ano. v. Pfizer, Inc, et al.*, 13 Civ. 08218 (KBF)
Our File: 1405945/001

Dear Judge Forrest:

We are attorneys for defendant Itau Seguros, S.A. ("Itau") in respect to the captioned action. The parties respectfully offer their sincere apologies for their oversight in not appearing at the status conference yesterday afternoon. As reflected in the letters to the Court dated May 26, 2014 and June 5, 2014, we mistakenly relied on the June 20th date for the status conference set by the Court's Scheduling Order of March 12, 2014 (Docket No. 11), instead of the revised date of June 10th set by the Court's Order of April 3, 2014. (Docket No. 12)

All parties respectfully and jointly request that the Court schedule another status conference at the earliest date convenient to the Court to address such issues as the timing and scope of jurisdictional discovery authorized by the Court's Order issued yesterday afternoon (Docket No. 35) and other discovery issues, and the defendants' proposed motion to stay plaintiffs' motion for summary judgment dated June 6, 2014 (Docket No. 24), pending the Court's determination of defendants' motions to dismiss. (Docket Nos. 29 and 34)

The parties shall appear for a status conference on Friday, June 27, 2014, at 4:00 p.m.

*/s/ K. B. Forrest*
KATHERINE B. FORREST
United States District Judge

Respectfully,

06/12/2014   */s/ John R. Keough*
John R. Keough, III

Clyde & Co US LLP is a Delaware limited liability partnership with offices in Atlanta, New Jersey, New York and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

Hon. Katherine B. Forrest
United States District Court
June 11, 2014
Page 2



cc:     **BY ECF**
Andrew R. Spector, Esq.
Michael S. Wigotsky, Esq.

Hon. Katherine B. Forrest
United States District Court
June 11, 2014
Page 2