# CLYDE&CO

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: +212 710 3900
Facsimile: +212 710 3950

www.clydeco.us

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 3 2014
```

June 19, 2014

**BY ECF AND EMAIL**
Hon. Katherine B. Forrest
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *DHL Global Forwarding Mgmt. Latin America,*
         *Inc., et ano. v. Pfizer, Inc, et al.*, 13 Civ. 08218 (KBF)
         Our File: 1405945/001

Dear Judge Forrest:

    We are attorneys for defendant Itau Seguros, S.A. ("Itau") in respect to the captioned action, and respectfully write on behalf of counsel for all defendants to request that the Court grant an extension of the time for defendants to respond to plaintiffs' pre-answer motion for summary judgment, pending either (a) a decision by the Court of the defendants' pending motions to dismiss for lack of subject matter jurisdiction, lack of service of process and lack of personal jurisdiction (Docket Nos. 29 and 34); or (b) a briefing schedule set by the Court at the next status conference, currently scheduled for next Friday, June 27, 2014.

    We have been trying to resolve this issue by consent with plaintiffs' counsel since June 13, 2014, including further requests by email yesterday and again this afternoon, but have not received their consent.

    Your Honor's Order of May 28, 2014 extended to June 6, 2014 the filing date for the motions to dismiss. (Docket No. 20) The Order did not specify dates for responses and replies. But plaintiffs' counsel had stated in their letter dated May 27, 2014, which the Court had endorsed, that they had no objection to a corresponding extension for the response and reply dates for the motions. (Docket No. 19) As such, we have agreed with plaintiffs counsel that the response and reply dates would be July 7, 2014 and July 21, 2014, respectively (subject to our above request to extend the time on the summary judgment motion).

    Aside from the parties' agreement that responses to the motions are due on July 7th, the Court's rules would have made defendants' responses due this Friday, June 20, 2014. (*See* Local Civil Rule 6.1(b))

Clyde & Co US LLP is a Delaware limited liability partnership with offices in Atlanta, New Jersey, New York and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.

Hon. Katherine B. Forrest
United States District Court
June 19, 2014
Page 2



      We understand that plaintiffs' counsel will ask the Court to adjourn the June 27th conference, and have notified plaintiffs' counsel that we have no objection; but we do ask that defendants' time to respond to plaintiffs' motion for summary judgment be extended pending a determination of defendants' motions to dismiss. We also have informed plaintiffs' counsel that we are available for a conference on July 24, 2014, which we understand may be an available date for the Court. We are available for a telephonic conference on an earlier date if the Court wishes.

      Plaintiffs' motion for summary judgment is premature at the pre-answer stage; and the issues of subject matter jurisdiction, personal jurisdiction and service of process remain to be decided. Thus, to minimize costs for all parties and to conserve the Court's resources, the time for defendants' responses to plaintiffs' motion for summary judgment should be extended or held in abeyance until the Court has decided those threshold jurisdictional issues. We thus respectfully ask the Court to extend the time for response to the motion for summary judgment, *pending a ruling by the Court on the dates for responses and replies to that motion or pending the resolution of the issues of subject matter jurisdiction, personal jurisdiction and service of process.*

      We would propose the following schedule for responses and replies:

1. Plaintiffs' responses to defendants' motions to dismiss due on July 7, 2014 (Agreed);

2. Defendants' replies on motions to dismiss due on July 21, 2014 (Agreed);

3. Defendants' responses to plaintiffs' summary judgment motion due thirty (30) days after the Court decides the pending motions to dismiss, or on a date to be determined by the Court at the status conference if the parties cannot agree to another date; and

4. Plaintiffs' replies on the summary motion due two (2) weeks after defendants' responses are filed.

      The parties previously requested jointly that the Court extend the time for motions, responses and replies for all motions by letters dated April 19, 2014 (Docket No. 13) and April 24, 2014 (Docket No. 24), which the Court granted.

      Defendants reserve all rights and defenses, including their objections to the Court's subject matter jurisdiction, personal jurisdiction and service of process, none of which is waived.

Ordered

Schedule adopted as set forth above. Conference adjourned to September 9, 2014 at 1:00 PM.

K. B. Forrest
USDJ
6/20/14

Respectfully,

John R. Keough

John R. Keough, III

Hon. Katherine B. Forrest
United States District Court
June 19, 2014
Page 3

# CLYDE&CO

cc: **By ECF**
Andrew R. Spector, Esq.
Michael S. Wigotsky, Esq.